UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CIV-20572-SCOLA/OTAZO-REYES

KRYSTINNA LEE,

    Plaintiffs,

v.

FLY LOW, INC. d/b/a KING OF DIAMONDS,
a Florida corporation, AK "N" ELI, LLC d/b/a
KING OF DIAMONDS, a Florida limited liability company,
KODRENYC, LLC, a Florida limited liability company,
ELLIOT "ELI" KUNSTLINGER, an individual,
BRIAN ABRAHAM, an individual, AKIVA "AK" FEINSOD,
an individual, and AKINYELE ADAMS, an individual,

    Defendants.
_____/

## MEDIATOR'S REPORT

Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

The Mediation was held on the 18th day of August, 2015 at 10:00 a.m. The plaintiffs and their attorney were present. The attorney and representative of Defendants, AK "N" Eli, LLC and Kodrenyc, LLC were present. The attorney and Elliot "Eli" Kunstlinger were present. The attorney for Brian Abraham was present and Brian Abraham was available telephonically.

No agreement was reached; IMPASSE.

Dated this 21st day of August, 2015

Respectfully submitted,
**Neil Flaxman, Esq.**
Florida Supreme Court Certified Circuit &
Appellate Mediator
Certified District Court Mediator (S.D. Fla.)
Brickell City Tower, Suite 3100
80 Southwest 8th Street
Miami, Florida 33130
Tel: 305-810-2786- Fax: 305-810-2824
E-mail: flaxy@bellsouth.net

By:     *s/ Neil Flaxman*
        Neil Flaxman, Esq.
        Fla. Bar No. 025299