United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Krystinna Lee, Plaintiff<br><br>v.<br><br>Fly Low, Inc., d/b/a King of Diamonds, AK "N" Eli, LLC, Kodrenyc, LLC, Elliott "Eli" Kunstlinger, Brian Abraham, Akiva "AK" Feinsod, and Akinyele Adams, Defendants | Civil Action No. 15-20572-Civ-Scola |

### Order

On June 19, 2015—127 days after this case was filed—the Court notified the Plaintiff, Krystinna Lee, that it would dismiss her case against Defendants Akiva Feinsod and Akinyele Adams for failure to timely serve process under Federal Rule of Civil Procedure 4(m) *unless* Lee could show that good cause exists for the failure to serve process timely. (Order, ECF No. 31.) In response, Lee argued that good cause exists because her process server has been unable to locate Feinsod and Adams. (Pl.'s Resp 2–3, ECF No. 34.) Lee filed that response on June 25, 2015. Since then Lee has not filed proof of service or moved for an extension of time to serve Feinsod and Adams.

Given the facts of this case, Rule 4(m) requires the Court to dismiss Defendants Feinsod and Adams for failure to timely serve. After considering the record and the relevant legal authorities, the Court **dismisses** the claims against Defendants Feinsod and Adams without prejudice.

The Court notes that the case is stayed pending arbitration as to most of the other Defendants. The only remaining Defendant, Brian Abraham, has defaulted, but a default judgment cannot be entered against him because of joint-and-several-liability issues. *See* 10A Charles Alan Wright and Arthur R. Miller, Federal Practice and Procedure § 2690 (3d ed. 1998) (citing *Frow*, 82 U.S. at 554); *see also Gulf Coast Fans, Inc. v. Midwest Elecs. Imp., Inc.*, 740 F.2d 1499, 1512 (11th Cir. 1984). In light of this procedural posture, the Court **directs** the Clerk of the Court to **administratively close** this case pending arbitration. All pending deadlines and hearings are terminated.

**Done and ordered** at Miami, Florida on December 7, 2015.

_____
Robert N. Scola, Jr.
United States District Judge